JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PEREZ, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAFELITE GROUP, INC.; et al.,<br><br>    Defendants. | CASE NO.: CV-10-8653 RGK-(FFMx)<br><br>**[~~PROPOSED~~] ORDER**<br><br>Hon. R. Gary Klausner<br>Courtroom: 850 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiff Joseph Perez's individual claims alleged in the Complaint against Defendant Safelite Group, Inc. are hereby DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff specifically retains a personal stake in the class claims as a representative of the class.

**IT IS SO ORDERED.**

DATED: March 14, 2012

                                                  HONORABLE R. GARY KLAUSNER<br>
                                                UNITED STATES DISTRICT JUDGE

---
[PROPOSED] ORDER