**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH PEREZ, on behalf of himself and others similarly situated,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SAFELITE GROUP, INC.,<br><br>    Defendant - Appellee. | No. 14-56463<br><br>D.C. No. 2:10-cv-08653-RGK-FFM<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
2/19/15
CENTRAL DISTRICT OF CALIFORNIA
BY: MAT DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

AJ/Mediation